

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00785-CV

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**,
Appellant

v.

Ray **MAGDALENO**, Individually and Next Friend of M.M, a Minor,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI06880
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's "Order Overruling Defendant's Objections to Plaintiff's Chapter 74 Expert Report and Denying Motion to Dismiss," signed on October 29, 2024, is REVERSED.

The cause is REMANDED to the trial court for it to consider whether to grant Ray Magdaleno, individually and as next friend of M.M., a minor, a thirty-day extension to file a report or reports that are compliant with the Act. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 74.351(c).

It is ORDERED that costs are taxed against appellee.

SIGNED June 4, 2025.

_____
Rebeca C. Martinez, Chief Justice